## EBENEZER G. PATTEN *versus* JOHN ELLINGWOOD.

Of new promises by bankrupts, respecting debts discharged by the bankruptcy.

EXCEPTIONS from the District Court, ALLEN, J. presiding.

Assumpsit. Under an appropriate brief statement, defendant proved his discharge in bankruptcy. Plaintiff proved that during the pendency of the bankruptcy proceedings, the defendant told him, " *as you have used me well, you shall not*

*lose a cent by my going into bankruptcy. I expect to get through this season, and will pay a part of it next fall, and the rest as fast as I can.*" In a subsequent conversation, defendant told plaintiff, "*I have got through — cannot pay now — will pay as soon as I can.*"

There was evidence on both sides as to the defendant's ability to pay. The Judge ruled the foregoing promises to be conditional, and that plaintiff, in order to recover, must show the defendant's ability to pay.

HOWARD, J., orally. — The rulings were right.

*Exceptions overruled.*

*Kelley*, for plaintiff.

*Mudgett*, for defendant.